MARY A. CARROLL, Respondent, v. CITY OF BINGHAMTON, NEW YORK, and MARINE MIDLAND TRUST COMPANY OF BINGHAMTON, Appellants.— Plaintiff has recovered a judgment against the owner of real property adjacent to a public sidewalk and against the city. The recovery was had upon the theory that the landowner in cutting the trees created a dangerous and unsafe condition which the city permitted to continue. The evidence presented a question of fact which is resolved in favor of the plaintiff. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

LEROY CHARLES, an Infant, by MORTON CHARLES, His Guardian ad Litem, Appellant, v. H. L. GREEN STORES, INC., Respondent.— Appeal by plaintiff from a judgment in favor of defendant dismissing the complaint. The evidence in the record supports the ruling of the trial judge. The judgment should be affirmed. Judgment affirmed, without costs. Crapser, Schenck and Foster, JJ., concur; Hill, P. J., and Heffernan, J., dissent, and vote to reverse and to grant a new trial.

In the Matter of the Claim of WILLIAM BURNS, Respondent, against HATTIE HUGHES, Appellant. STATE INDUSTRIAL BOARD, Respondent.— The claimant was an independent contractor. Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *Matter of Boardway* v. *Kellas* (258 N. Y. 545); *Matter of Bache* v. *Salvation Army* (202 App. Div. 17); *Matter of Renouf* v. *New York C. & H. R. R. R. Co.* (254 N. Y. 349); *Matter of Beach* v. *Velzy* (238 id. 100). Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ., concur.